```
              FILED          ✓ RECEIVED
              ENTERED          SERVED ON
                            COUNSEL/PARTIES OF RECORD

                    APR 24 2017

              CLERK US DISTRICT COURT
               DISTRICT OF NEVADA
           BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-CR-002-RCJ-GWF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FLOYD THOMPSON ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#250) on January 17, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $9,186.00

**Total Amount of Restitution ordered:  $9,186.00\*\***
\*\*Joint and Several with co-defendants

Dated this ___24th___ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE